**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 97-7229**

─────────────

KEITH EARL GODWIN,

                                Petitioner - Appellant,

      versus

RONALD J. ANGELONE, Director, Virginia Depart-
ment of Corrections,

                                Respondent - Appellee.

─────────────

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Norfolk.  J. Calvitt Clarke, Jr., Senior
District Judge.  (CA-96-865-2)

─────────────

Submitted:  April 29, 1998          Decided:  May 14, 1998

─────────────

Before MURNAGHAN, NIEMEYER, and WILLIAMS, Circuit Judges.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Keith Earl Godwin, Appellant Pro Se.  Robert H. Anderson, III,
OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for
Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>Godwin v. Angelone</u>, No. CA-96-865-2 (E.D. Va. Aug. 14, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>